# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1283

_____

Anna Matthes,                                  *
                                               *
              Appellant,                       *
                                               *
       v.                                      *   Appeal from the United States
                                               *   District Court for the
Minnesota Mining and Manufacturing             *   District of Minnesota.
Company, a Delaware corporation;               *
Minnesota Mining and Manufacturing             *        [UNPUBLISHED]
Company Benefits Department, as                *
Plan Administrator,                            *
                                               *
              Appellees.                       *

_____

Submitted: November 19, 1998
      Filed: November 27, 1998

_____

Before BOWMAN, Chief Judge, LOKEN, Circuit Judge, and HAND,[1] District Judge.

_____

PER CURIAM.

-----

[1]The Honorable William Brevard Hand, United States District Judge for the Southern District of Alabama, sitting by designation.

Anna Matthes appeals the grant of summary judgment by the District Court[2] in favor of the defendants-appellees, her former employer and its plan administrator. The District Court determined that her claims are barred by the statute of limitations.

Having considered the appeal, we conclude that no error of law appears and that the District Court's grant of summary judgment is correct. Accordingly, the judgment of the District Court is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[2]The Honorable David S. Doty, United States District Judge for the District of Minnesota.